Thomas W. Bates, Administrator of the Estate of Hazel L. Bates, deceased, and Thomas W. Bates, as an Individual, Plaintiff-Appellant, v. James De-Bose and Roy Kenneth Vaughn, Defendant-Appellees.

Term No. 57–M–4.

Fourth District.

September 27, 1957.

Released for publication October 15, 1957.

Conger, Elliott, Goebel & Elliott, for plaintiffs-appellants; Kern and Pearce, and DeWitt Twente, for defendants-appellees. Opinion by PRESIDING JUSTICE CULBERTSON. Not to be published in full.